**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 98-cr-00402-8-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

8.    LOGAN FARR,

      Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Motion for Order to be Removed from Service List (Doc 822 - filed June 13, 2007) is GRANTED.  David B. Savitz, attorney for Defendant Farr, is removed from the service lists in this action.

DATED: June 18, 2007
_____